### Steven Craig PATTY, Plaintiff–Appellant

v.

### UNITED STATES of America, Defendant–Appellee.

No. 15–20245.

United States Court of Appeals, Fifth Circuit.

Feb. 5, 2016.

Arnold Anderson Vickery, Vickery Law Firm, Houston, TX, for Plaintiff–Appellant.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Steve I. Frank, U.S. Department of Justice, Washington, DC, Fred Turner Hinrichs, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Defendant–Appellee.

Before STEWART, Chief Judge, and REAVLEY and DAVIS, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given in the opinion of the district court.

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.